# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01094-ZLW

JAMES R. DUNCAN,

    Plaintiff,

v.

L. T. MAGELESSEN, and
CAPTAIN WATTS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 1 2007

GREGORY C. LANGHAM
                  CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion titled "Motion Asking Advice on Case?? Grievances Being Delayed" that Plaintiff James R. Duncan submitted to and filed with the Court *pro se* on July 10, 2007. This case was dismissed by an order filed on August 25, 2006. The case is closed. The motion filed on July 10 will not be addressed and, therefore, is DENIED.

Dated: July 11, 2007

Copies of this Minute Order mailed on July 11, 2007, to the following:

James R. Duncan
Prisoner No. 41762
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                                            Secretary/Deputy Clerk