IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 4 2007

GREG     ...LANGHAM
CLERK

Civil Action No. 06-cv-01094-ZLW

JAMES R. DUNCAN,

        Plaintiff,

v.

L. T. MAGELESSEN, and
CAPTAIN WATTS,

        Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

       This matter is before the Court on the motions titled "Motion to Add More Discrovery [sic] to This Action," "Motion to Admit Evidence Prove of Rule 106," "Motion to Have Hearing Tapes 06-2729 and 06-3420 Transcripts at State Expense," "Motion to Have This Court Review Defendants Evaluation Work File of L. T. Magelessen," "Motion Requesting Federal Court to Loan Certifyed [sic] Hearing Borad [sic] Recourd [sic] to Plaintiff," "Motion to File Without Payment and Supporting Financial Affidavit," and "Request to Re-open This Action With New Evidence" that Plaintiff James R. Duncan submitted to and filed with the Court *pro se* on August 16, 2007. This case was dismissed by an order filed on August 25, 2006. As Plaintiff previously was informed in the July 11, 2007, minute order, this case is closed. The motions filed on August 16 will not be addressed and, therefore, are DENIED. The clerk of the Court is directed to strike any further motions filed in this action.

Dated: August 24, 2007

---

Copies of this Minute Order mailed on August 24, 2007, to the following:

James R. Duncan
Prisoner No. 41762
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                          Secretary/Deputy Clerk